On Remand from the Alabama Supreme Court
 

 BASCHAB, Presiding Judge.
 

 In accordance with the Alabama Supreme Court’s opinion in
 
 Hammonds v. State,
 
 7 So.3d 1055 (Ala.2008), we remand this case for the trial court to set aside its July 12, 2006, judgment adjudging the appellant, Eric Rodney Hammonds, guilty of reckless manslaughter in case number CC-04-3840 and sentencing him to serve a
 
 *1064
 
 term of twenty years in prison on that conviction and to reinstate his original conviction and sentence for reckless murder in that case.
 

 REVERSED AND REMANDED.
 

 McMILLAN, SHAW, WISE, and WELCH, JJ., concur.